FILED

DEC 10 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Anthony M. Keats (Bar No. 123672)
akeats@kmwlaw.com
David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
Caroline Y. Bussin (Bar No. 239343)
cbussin@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiffs
STANLEY BLACK & DECKER, INC. and
THE BLACK & DECKER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION         **FILED BY FAX**

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>D&L ELITE INVESTMENTS, LLC, a California limited liability company d/b/a G BAY INTERNATIONAL; BILLY DENG, an individual; WEISHEN LUO, an individual; and JOHN DOES 1-10, inclusive,,<br><br>Defendants. | Case No.: C 12-04516 SC<br><br>**DOCUMENT FILED UNDER SEAL**<br><br>[PROPOSED] ORDER UNSEALING COURT RECORDS |

///
///
///
///
///
///

Case No.: C 12-04516 SC
[PROPOSED] ORDER UNSEALING COURT RECORDS

1  Having considered the Stipulation to Unseal Court Records submitted by the Parties, and for
2  good cause shown, the Court hereby ORDERS as follows:
3     1.  The Clerk shall immediately unseal all docket entries and Court records filed in the
4  instant action, with the exception of the Memorandum In Support of Plaintiffs' Ex Parte Application
5  for a Temporary Restraining Order, and the declarations of Bhanu Gorti and Michael Foss in support
6  thereof, and the exhibits thereto; and
7     2.  The unsealed records shall be listed on the public docket and made available for
8  inspection in person and through the Public Access to Court Electronic Records system.

10 **IT IS SO ORDERED.**

12 Dated: December 10, 2012  By: _____
13  The Honorable Samuel Conti
  United States District Court Judge

**PROOF OF SERVICE**
<u>Stanley Black & Decker, Inc., et al. v. D&L Elite Investments, LLC, et al.</u>
**USDC, Northern District of California**
**Case No. C 12-04516 SC**

I, the undersigned, say: I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the office of Keats McFarland & Wilson LLP, by a member of the Bar of this Court, at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practices of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited the same day with the United States Postal Service postage prepaid.

On December 7, 2012, I served a copy of each of the the following documents upon counsel and/or interested parties named below:

1) **STIPULATION TO UNSEAL COURT RECORDS**

2) **[PROPOSED] ORDER UNSEALING COURT RECORDS**

I placed a true and correct copy thereof in an envelope, addressed as follows, and by the method stated:

<u>**SEE ATTACHED SERVICE LIST**</u>

BY MAIL:    I sealed said envelope and, following the ordinary business practices of my employer, placed said sealed envelope in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date. I am aware that on motion of the party served, service is presumed invalid if postal meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2012, at Beverly Hills, California.

Darrell V. Orme Mann

C 12-04516 SC
PROOF OF SERVICE –
STIP TO UNSEAL COURT RECORDS & ORDER

## PROOF OF SERVICE
**Stanley Black & Decker, Inc., et al. v. D&L Elite Investments, LLC, et al.**
USDC, Northern District of California
Case No. C 12-04516 SC

### SERVICE LIST

**BY FIRST CLASS MAIL:**
Val D. Hornstein
Matthew R. Harrison
Hornstein Law Offices, Prof. Corp.
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone:   (415) 454-1490
Facsimile:   (415) 788-6929
E-Mail:      val@hornsteinlaw.com
E-Mail:      mharrison@hornsteinlaw.com
**Attorneys for Defendants D&L Elite Investments, LLC, Billy Deng, and Weishen Luo**