# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| STANLEY BLACK & DECKER, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>D&L ELITE INVSTMENTS, LLC,<br>　　　　Defendant.<br>_____/ | No. C 12-4516 SC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　May 21, 2013<br>Mediator:　Jiyun Lee |

IT IS HEREBY ORDERED that the request for plaintiff Stanley Black & Decker, Inc.'s representative to be excused from personally attending the May 21, 2013, mediation session before Jiyun Lee is GRANTED. The representative shall participate telephonically throughout the entirety of the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 19, 2013　　　　　　　　　　By: _____
Dated　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**