# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| STANLEY BLACK & DECKER, INC.,<br>    Plaintiff, | No. C 12-4516 SC |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| D&L ELITE INVSTMENTS, LLC,<br>    Defendant. | Date:     May 21, 2013<br>Mediator: Jiyun Lee |

IT IS HEREBY ORDERED that the request for plaintiff Stanley Black & Decker, Inc.'s representative to be excused from personally attending the May 21, 2013, mediation session before Jiyun Lee is GRANTED. The representative shall participate telephonically throughout the entirety of the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 19, 2013                    By: _____
Dated                                          Maria-Elena James
                                       United States Magistrate Judge