UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STANLEY BLACK & DECKER, INC.,<br>            Plaintiff,<br><br>      v.<br><br>D&L ELITE INVSTMENTS, LLC,<br>            Defendant.<br>_____/ | No. C 12-4516 SC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        May 21, 2013<br>Mediator:  Jiyun Lee |

   IT IS HEREBY ORDERED that the request for plaintiff Stanley Black & Decker, Inc.'s representative to be excused from personally attending the May 21, 2013, mediation session before Jiyun Lee is GRANTED. The representative shall participate telephonically throughout the entirety of the mediation in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

April 19, 2013                    By: _____
Dated                                       Maria-Elena James
                                                   United States Magistrate Judge