*HORNSTEIN LAW OFFICES, Prof. Corp.*

1   VAL D. HORNSTEIN (SBN 133726)
        Val@HornsteinLaw.com
2   MATTHEW R. HARRISON (SBN 267477)
        MHarrison@HornsteinLaw.com
3   **HORNSTEIN LAW OFFICES, Prof. Corp.**
    235 Pine Street, 13th Floor
4   San Francisco, CA 94104
    Telephone:   (415) 454-1490
5   Facsimile:    (415) 520-0414

6   Attorneys for Defendants D&L Elite
    Investments, Billy Deng, and Weishen Luo
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>D&L ELITE INVESTMENTS, LLC, a California limited liability company d/b/a G BAY INTERNATIONAL; BILLY DENG, an individual; WEISHEN LUO, an individual; and JOHN DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 12-04516 SC<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE**<br><br>**IT IS SO ORDERED AS MODIFIED** |

    Having read and considered the stipulation and declaration filed by Defendants, the Court finds as follows:

    The stipulation to continue the hearing currently set for May 31, 2013 until July 12, 2013, and to continue until June 21, 2013 Defendants' filing of their response to Plaintiffs' Order to Show Cause Re: Contempt Sanctions for Violation of Temporary Restraining Order and Preliminary Injunction (THE "Order to Show Cause") made by and between STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION ("Plaintiffs") and D&L ELITE INVESTMENTS, LLC, BILLY DENG, and WEISHEN LUO (collectively "Defendants"), by and through their attorneys of record, is

1  granted.

2  Therefore, it is hereby ORDERED that the hearing on the Order to Show Cause currently set for

3  May 31, 2013 at 10:00 a.m. shall be continued until July ~~12~~ 19, 2013 at 10:00 a.m., and further ORDERED

4  that Defendants' filing of their response to the Order to Show Cause shall be continued until June 21,

5  2013.

8  **IT IS SO ORDERED.**

10  Dated: _____05/29_____, 2013



IT IS SO ORDERED AS MODIFIED

Judge Samuel Conti

– 2 –
*[PROPOSED] ORDER (C 12-04516 SC)*