Anthony M. Keats (Bar No. 123672)
akeats@stubbsalderton.com
Konrad K. Gatien (Bar No. 221770)
kgatien@stubbsalderton.com
Stephen C. McArthur (Bar No. 277712)
smcarthur@stubbsalderton.com
STUBBS ALDERTON & MARKILES, LLP
1453 3rd Street Promenade, Suite 310
Santa Monica, California 90401
Telephone:    (310) 746-9802
Facsimile:    (310) 746-9822

Attorneys for Plaintiffs
STANLEY BLACK & DECKER, INC. and
THE BLACK & DECKER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>D&L ELITE INVESTMENTS, LLC, a California limited liability company d/b/a G BAY INTERNATIONAL; BILLY DENG, an individual; WEISHEN LUO, an individual; and JOHN DOES 1-10, inclusive,,<br><br>Defendants. | Case No.: C 12-04516 SC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER** |

Having considered the Stipulation to Amend the Scheduling Order submitted by the parties, and for good cause shown, the Court hereby sets the following deadlines:

| | |
|---|---|
| Fact Discovery and Deposition Cut-Off: | November 15, 2013 |
| Expert Discovery Cut-Off: | December 13, 2013 |
| Last Date Motions can be Heard: | February 28, 2014 |
| Pretrial Conference: | April 4, 2014 (10:00 a.m.) |
| Jury Trial: | April 7, 2014 (9:30 a.m.) |

**IT IS SO ORDERED.**

Dated:  June 18, 2013        By:  _____
                                  The Honorable Samuel Conti
                                  United States District Court Judge