Anthony M. Keats (Bar No. 123672)
akeats@stubbsalderton.com
Konrad K. Gatien (Bar No. 221770)
kgatien@stubbsalderton.com
Stephen C. McArthur (Bar No. 277712)
smcarthur@stubbsalderton.com
STUBBS ALDERTON & MARKILES, LLP
1453 3rd Street Promenade, Suite 310
Santa Monica, California 90401
Telephone:     (310) 746-9802
Facsimile:      (310) 746-9822

Attorneys for Plaintiffs
STANLEY BLACK & DECKER, INC. and
THE BLACK & DECKER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>D&L ELITE INVESTMENTS, LLC, a California limited liability company d/b/a G BAY INTERNATIONAL; BILLY DENG, an individual; WEISHEN LUO, an individual; and JOHN DOES 1-10, inclusive,,<br><br>Defendants. | Case No.: C 12-04516 SC<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AND FOR JOINDER OF ADDITIONAL DEFENDANTS<br><br>[Filed Concurrently with Motion and Memo of Points and Authorities; Declarations of Stephen C. McArthur, Nathan Osborne, Robert Holmes]<br><br>Date:       September 27, 2013<br>Time:       10:00 a.m.<br>Place:       450 Golden Gate Avenue<br>                 Courtroom 1 – 17th Floor<br>Judge:      Hon. Samuel Conti |

Having considered Plaintiffs' Notice of Motion and Motion for Leave to Amend and Supplement Complaint and for Joinder of Additional Defendants and the Memorandum of Points and Authorities in Support Thereof, and for good cause shown, the Court hereby grants leave to plaintiffs Stanley Black & Decker, Inc. and The Black & Decker Corporation to:

1. Amend and supplement the Complaint filed by Plaintiffs on August 29, 2012;

2. Join as party defendants G Bay International, Inc., Jane Luo, Brian Tang, Jenny Fung, Wai C. "Chuck" Tang, Thomas Tu, Shaofeng Liu, and Qiyun Zhu; and,

3. Amend the caption of the case accordingly.

**IT IS SO ORDERED.**

Dated: October 9, 2013    By: *Samuel Conti*

Honorable Samuel Conti
United States District Court Judge