1 | Anthony M. Keats (Bar No. 123672)
  | akeats@stubbsalderton.com
2 | Konrad K. Gatien (Bar No. 221770)
  | kgatien@stubbsalderton.com
3 | Stephen C. McArthur (Bar No. 277712)
  | smcarthur@stubbsalderton.com
4 | STUBBS ALDERTON & MARKILES, LLP
  | 1453 3rd Street Promenade, Suite 310
5 | Santa Monica, California 90401
  | Telephone:   (310) 746-9802
6 | Facsimile:    (310) 746-9822

7 | Attorneys for Plaintiffs
  | STANLEY BLACK & DECKER, INC. and
8 | THE BLACK & DECKER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION, | Case No.: C 12-04516 SC (LB) |
|---|---|
| Plaintiffs, | **[PROPOSED]** ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER |
| v. | |
| D&L ELITE INVESTMENTS, LLC, a California limited liability company d/b/a G BAY INTERNATIONAL; BILLY DENG, an individual; WEISHEN LUO, an individual; and JOHN DOES 1-10, inclusive, | IT IS SO ORDERED AS MODIFIED |
| Defendants. | |

(Note: "[PROPOSED]" is shown with strikethrough.)

1  Having considered the Stipulation to Amend the Scheduling Order submitted by the parties,
2  and for good cause shown, the Court hereby sets the following deadlines:

4  Fact Discovery and Deposition Cut-Off:  April 11, 2014
5  Expert Discovery Cut-Off:  May 9, 2014
6  Last Date Motions can be Heard:  August 22, 2014 ~~August 29, 2014~~
7  Pretrial Conference:  September 19, 2014 ~~September 12, 2014~~ (10:00 a.m.)
8  Jury Trial:  September 29, 2014 (9:30 a.m.)

11  **IT IS SO ORDERED.**

13  Dated: October 28, 2013   By: _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Samuel Conti*

-1-

Case No. C. 12-04516 SC (LB)
[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER