Anthony M. Keats (Bar No. 123672)
akeats@stubbsalderton.com
Konrad K. Gatien (Bar No. 221770)
kgatien@stubbsalderton.com
Stephen C. McArthur (Bar No. 277712)
smcarthur@stubbsalderton.com
STUBBS ALDERTON & MARKILES, LLP
1453 3rd Street Promenade, Suite 310
Santa Monica, California 90401
Telephone:     (310) 746-9802
Facsimile:     (310) 746-9822

Attorneys for Plaintiffs
STANLEY BLACK & DECKER, INC. and
THE BLACK & DECKER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>D&L ELITE INVESTMENTS, LLC, a California limited liability company d/b/a G BAY INTERNATIONAL; BILLY DENG, an individual; WEISHEN LUO, an individual; and JOHN DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C 12-04516 SC (LB)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>IT IS SO ORDERED AS MODIFIED |

1  Having considered the Stipulation to Amend the Scheduling Order submitted by the parties,
2  and for good cause shown, the Court hereby sets the following deadlines:

3

4  Fact Discovery and Deposition Cut-Off:    April 11, 2014
5  Expert Discovery Cut-Off:                 May 9, 2014
6  Last Date Motions can be Heard:           August 22, 2014 ~~August 29, 2014~~
7  Pretrial Conference:                      September 19, 2014 ~~September 12, 2014~~ (10:00 a.m.)
8  Jury Trial:                               September 29, 2014 (9:30 a.m.)

9
10
11  **IT IS SO ORDERED.**
12
13  Dated: October 28, 2013        By: _____
14                                     The Honorable
15                                     United States

*IT IS SO ORDERED AS MODIFIED*
*Judge Samuel Conti*

Case No. C. 12-04516 SC (LB)
[PROPOSED] ORDER GRANTING STIPULATION TO
AMEND THE SCHEDULING ORDER

-1-