UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION,<br><br>Plaintiffs,<br>v.<br>D&L ELITE INVESTMENTS, LLC, a California limited liability company d/b/a G BAY INTERNATIONAL; BILLY DENG, an individual; WEISHEN LUO, an individual; and JOHN DOES 1-10, inclusive,<br><br>Defendants. | No. C 12-04516 SC (LB)<br><br>**ORDER** |

Mr. Deng submitted a letter in response to the undersigned's 11/21/13 Order. *See* ECF Nos. 121, 127. His letter was dated November 26, 2013, postmarked December 2, 2013 from San Jose, and filed on December 3, 2013. ECF No. 127. In it, Mr. Deng says that he is in China, says that he cannot return "before Dec 17", and asks to "reschedule my deposition after 1/2/2013." *Id.*

The court orders Mr. Deng to appear by telephone at the case management conference on **December 12, 2013**, at **11:00 a.m.** He must do so by coordinating with Mr. Hornstein or Mr. Harrison, who still represent Mr. Deng until the district judge relieves them of that obligation. Counsel may be able to conference Mr. Deng in via CourtCall, and the court leaves those arrangements to counsel. Mr. Deng should provide in advance his exact date of return to the United States. The court orders that he must be available starting January 6, 2013 for depositions. Failure

C 12-04516 SC (LB)
ORDER TO SHOW CAUSE

1  to comply with the court's orders, including appearing by phone on December 12, 2013, means that
2  Mr. Deng risks the sanctions set forth in the court's previous order at ECF No. 121, including
3  terminating sanctions.

4  Defendants' counsel must provide a copy of this order to Mr. Deng immediately, and the court
5  will send a copy of this order to Mr. Deng's email at Land628@yahoo.com.

6  **IT IS SO ORDERED.**

7  Dated: December 9, 2013

   _____
8  LAUREL BEELER
   United States Magistrate Judge