UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., and THE BLACK & DECKER CORPORATION,<br><br>    Plaintiffs,<br>  v.<br>D&L ELITE INVESTMENTS, LLC, a California limited liability company d/b/a G BAY INTERNATIONAL; BILLY DENG, an individual; WEISHEN LUO, an individual; and JOHN DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-04516 SC (LB)<br><br>**ORDER** |

Black & Decker has pending motions to strike Defendants' answer and for default judgment. *See* ECF Nos. 151, 153. Defendants' opposition or statement of non-opposition is due May 2, 2014.

Defendants' counsel must provide Defendants copies of the court's February 24, 2014 order at ECF No. 146 and this order. Counsel also must advise Defendants of the pending motions, the hearing date and time, and the relief that Black & Decker requests, including a terminating, case-dispositive sanction that will result in a judgment in favor of Plaintiffs and against Defendants. Defendants' counsel must provide a declaration about what he has done to notify Defendants as part of any opposition or statement of non-opposition to the motion for default judgment and discovery sanctions.

The court also notes that Mr. Hornstein or Mr. Harrison still represent Mr. Deng and the other

defendants until the district judge relieves them of that obligation.  That being said, any defendants may appear at the hearing now set for June 5, 2014, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: April 28, 2014

_____
LAUREL BEELER
United States Magistrate Judge