**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BLACK & DECKER, INC.; and THE BLACK & DECKER CORPORATION, | Case No. 12-cv-04516-SC |
| Plaintiffs, | JUDGMENT |
| v. | |
| D&L ELITE INVESTMENTS, LLC; BAY INTERNATIONAL; BILLY DENG; and WEISHEN LUO, | |
| Defendants. | |

In accordance with the Court's concurrently filed Order granting Plaintiffs' motions to strike, enter default, and enter default judgment, it is hereby ORDERED that Default Judgment in this action shall be entered in favor of Plaintiffs Stanley Black & Decker, Inc. and The Black & Decker Corporation and against Defendants Billy Deng, Weishen Luo, and D&L Elite Investments, LLC. The Court hereby ORDERS, ADJUDGES, and DECREES as follows:

    1.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. Sections 1331, 1338(a),

**United States District Court**
For the Northern District of California

1   and 1367(a).

2   2.   Venue is proper in the Northern District of California

3        pursuant to 28 U.S.C. Section 1391.

4   3.   Defendants D&L Elite Investments, LLC, Billy Deng, and

5        Weishen Luo (collectively, "Defendants") are subject to

6        the jurisdiction of this Court pursuant to and in

7        accordance with the laws of the State of California, the

8        United States Constitution, and Rule 4 of the Federal

9        Rules of Civil Procedure.

10   4.   Plaintiffs are the owners of the following trademarks and

11        trade dress (collectively, the "DeWalt Trademarks"),

12        which are registered in the U.S. Patent and Trademark

13        Office:

14        a.   Registered Trademark No. 1,734,403;

15        b.   Registered Trademark No. 1,734,404;

16        c.   Registered Trademark No. 3,064,666; and

17        d.   Registered Trademark No. 3,066,699.

18   5.   Defendants are liable jointly and severally to Plaintiffs

19        for:

20        a.   $1,252,290 in statutory damages under 15 U.S.C.

21           Section 1117(c)(2);

22        b.   post-judgment interest pursuant to 28 U.S.C.

23           Section 1961(a);

24        c.   litigation costs in an amount to be proved pursuant

25           to  Civil Local Rule 54-1(a); and

26        d.   attorney's fees pursuant to 15 U.S.C.

27           Section 1117(a) in an amount to be proved pursuant

28           to the Civil Local Rules.

United States District Court
For the Northern District of California

6.  Plaintiffs shall be entitled to recover the following sanctions already awarded by the Court in the following amounts on these days:

   a.  $43,758 awarded on July 19, 2013 as sanctions for violating the temporary restraining order and preliminary injunction, <u>see</u> ECF No. 78 ("Contempt Order");

   b.  Reasonable fees of $87,932 and costs of $2,030 awarded in connection with Defendants' violation of the temporary restraining order and preliminary injunction, <u>see</u> Contempt Order, ECF No. 85 ("Keats Decl."); and

   c.  $26,124.42 in fees and costs imposed by Judge Beeler on February 24, 2014 as a sanction for discovery abuses, <u>see</u> ECF No. 146.

7.  The Court hereby permanently enjoins Defendants, their agents, servants, employees, representatives, successors, and assigns, and all persons, firms, or corporations in active concert or participation with any of Defendants, from:

   a.  directly or indirectly infringing Plaintiffs' trademarks and trade dress as described above in any manner including generally, but not limited to, copying, distributing, advertising, selling, and/or offering for sale any merchandise that infringes Plaintiffs' trademarks or trade dress including without limitation Defendants' infringing goods, and specifically distributing, advertising, selling, or

United States District Court
For the Northern District of California

offering for sale unauthorized copies of the DeWalt
Trademarks or the DeWalt trade dress or any other
unauthorized goods that picture, reproduce, or
utilize the likenesses of or which copy or bear a
substantial similarity to any of Plaintiffs'
trademarks and trade dress; or

b.   engaging in any conduct that tends falsely to
represent that, or is likely to confuse, mislead, or
deceive purchasers, Defendants' customers, or
members of the public to believe that, the actions
of Defendants, the infringing products sold by
Defendants, or Defendants themselves are connected
with Plaintiffs, are sponsored, approved, or
licensed by Plaintiffs, or are in some way connected
or affiliated with Plaintiffs;

c.   affixing, applying, annexing, or using in connection
with the manufacture, distribution, advertising,
sale, and/or offering for sale or other use of any
goods or  services, a false description or
representation, including words or other symbols,
tending to falsely describe or represent such goods
as being those of Plaintiffs;

d.   diluting and infringing the DeWalt Trademarks and
DeWalt trade dress and damaging Plaintiffs'
goodwill, reputations, and businesses;

e.   effecting assignments or transfers, forming new
entities or associations or utilizing any other
device for the purpose of circumventing or otherwise

4

avoiding the prohibitions set forth in subparagraphs a-d, above.

8.    Defendants are required to deliver for destruction to Plaintiffs all unauthorized materials bearing any of the DeWalt Trademarks in association with unauthorized goods or services.

9.    The Court reserves and retains jurisdiction of the subject matter of this case and of the parties hereto for the purpose of enforcing the terms of this Judgment and Permanent Injunction.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: July 28, 2014

UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California