IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BLACK & DECKER, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> D&L ELITE INVESTMENTS, LLC; BILLY DENG; and WEISHEN LUO, <br><br> Defendants. | Case No. 12-cv-04516-SC <br><br> ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS |

On July 28, 2014, the Court granted Plaintiffs' motion for default judgment and entered default judgment against Defendants. ECF Nos. 169, 170.  The Court specified that Plaintiffs were entitled to attorney's fees and costs.  ECF No. 169, at 5. Plaintiffs have now filed a motion to set their fees and costs. ECF No. 178.[1]  Responses to Plaintiffs' motion were due August 25. Defendants did not oppose the motion, and they have consistently

---

[1] Previously, Plaintiffs moved ex parte for an extension of time to file that motion.  ECF No. 174.  However, they filed their motion to set fees and costs on time, so the motion to extend time is DENIED AS MOOT.

refused to participate in this litigation. See ECF No. 167 ("Magistrate Rpt.") at 11-12.

The Court finds Plaintiffs' requests for fees and costs are reasonable. Accordingly, Plaintiffs' motion is GRANTED and it is hereby ORDERED that:

1. Plaintiffs be awarded a total amount of $538,071.00 in attorney's fees in this matter, adding $424,947.50 in fees to the $113,123.50 in fees already awarded in this matter (see ECF No. 170, at ¶¶ 6(b-c)); and

2. Plaintiffs be awarded a total amount of $88,730.85 in costs in this matter, adding $85,775.63 to the $2,955.22 in costs already awarded in this matter (see ECF No. 170, at ¶¶ 6(b-c)); and

3. The total amount of attorney's fees and costs awarded in this action shall be adjudged against Defendants, jointly and severally.

The Court will issue an amended judgment reflecting the foregoing amounts concurrently with this order.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
UNITED STATES DISTRICT JUDGE

2