IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BLACK & DECKER, INC.; and THE BLACK & DECKER CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>D&L ELITE INVESTMENTS, LLC; BAY INTERNATIONAL; BILLY DENG; and WEISHEN LUO,<br><br>    Defendants. | Case No. 12-cv-04516-SC<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR NAMES TO BE ADDED TO WRIT OF EXECUTION |

This is a copyright infringement and unfair competition action. Defendants have declined to participate in this matter, and at least one of them has fled to China. See ECF No. 167 ("Magistrate Rpt.") at 9-12. The Court entered default judgment in favor of Plaintiffs and against defendants D&L Elite Investments, LLC; Billy Deng; and Weishen Luo on July 28, 2014. See ECF Nos. 169 ("DJ Order"), 170 ("DJ"). Plaintiffs have filed an affidavit of identity to enforce the amended judgment to add additional names for Defendants.

Under Federal Rule of Civil Procedure 69(a), "[t]he procedure

on execution -- and in proceedings supplementary to and in aid of judgment or execution -- must accord with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a). Under California Code of Civil Procedure Section 669.510, "a writ of execution shall be issued in the name of the judgment debtor as listed on the judgment" but "may include the additional name or names by which the judgment debtor is known as set forth in the affidavit of identity, as defined in Section 680.135, filed by the judgment creditor with the application for issuance of the writ of execution." Cal. Code Civ. Proc. § 699.510(c)(1). A court must approve the affidavit of identity before additional names may be included on the writ of execution. See id. "If the court determines, without a hearing or a notice, that the affidavit of identity states sufficient facts upon which the judgment creditor has identified the additional names of the judgment debtor, the court shall authorize the issuance of the writ of execution with the additional name or names." Id.

Plaintiffs seek to add several aliases of the three defendants against which the Court entered judgment. Plaintiffs have submitted the required affidavit. See ECF No. 186 ("Keats Aff."). For the most part, the additional names and aliases Plaintiffs seek to add are merely alternate spellings, names using abbreviations, reordered names, and names that include (or omit) middle names. See id. Plaintiffs have also attached records from PayPal indicating that Defendants used these additional names in conjunction with the transactions at issue in this case. See Keats Aff. Exs. A-E. The records also show that Defendants supplied the same addresses for those alternate names. Id. Finally, Plaintiffs

provide the results of Lexis Comprehensive Person Reports as evidence of the names and aliases used by Defendants Weishen Luo and Billy Deng.  Id. Exs. D-E.  The Court concludes that the affidavit and attached exhibits state sufficient facts justifying the inclusion of the names Plaintiffs request.

Accordingly, pursuant to California Code of Civil Procedure Section 680.135, and good cause showing, it is ORDERED that the term "Judgment Debtors" include the names and aliases below, and may be added to the Writs of Execution of the Amended Judgment:

1)   For Defendant D&L Elite Investments, LLC d/b/a G Bay International:
    a.   D&L Elite Investments LLC
    b.   G Bay
    c.   G Bay Inc
    d.   G International inc
    e.   Gb
    f.   Gbay company LLC
    g.   GBay International Inc
    h.   GreenBay Company LLC
    i.   D & L ELITE INVESTMENTS LLC
    j.   G BAY COMPANY LLC
    k.   G BAY INTERNATIONAL INC.
    l.   G. BAY INTERNATIONAL, INC.

2)   For Defendant Weishen Luo:
    a.   SUNDY LUO
    b.   WEI LUO

|     |     |     |                      |
| --- | --- | --- | -------------------- |
| 1   |     | c.  | WEI S LUO            |
| 2   |     | d.  | WEIAHEN LUO          |
| 3   |     | e.  | WEISHEN WILSON LUO   |
| 4   |     | f.  | WEI-SHEN LUO         |
| 5   |     | g.  | WETSHEN LUO          |
| 6   |     | h.  | WEI SHEN LUO         |
| 7   |     | i.  | LUO WEISHEN          |
| 8   |     | j.  | WEISHEN WILSON LUO   |
| 10  | 3)  |     | For Defendant Billy Deng: |
| 11  |     | a.  | BILLY Q BENG         |
| 12  |     | b.  | QUAN B BENG          |
| 13  |     | c.  | QUAN BIN BENG        |
| 14  |     | d.  | B QUANBIN DENG       |
| 15  |     | e.  | BILL DENG            |
| 16  |     | f.  | BILL T DENG          |
| 17  |     | g.  | BILL TANG DENG       |
| 18  |     | h.  | BILLY B DENG         |
| 19  |     | i.  | BILLY Q DENG         |
| 20  |     | j.  | BILLY QUAN DENG      |
| 21  |     | k.  | BILLY QUANBIN DENG   |
| 22  |     | l.  | Q DENG               |
| 23  |     | m.  | QUAN DENG            |
| 24  |     | n.  | QUANBIN DENG         |
| 25  |     | o.  | QUANBIN B DENG       |
| 26  |     | p.  | QUANBIN BIN DENG     |
| 27  |     | q.  | QUANBIN DENG         |
| 28  |     | r.  | BILLY DENG QUANBIN   |

s.   BILLY QUANBIN

t.   BILL Q YANG

IT IS SO ORDERED.

Dated: March 6, 2015

_____
UNITED STATES DISTRICT JUDGE