UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>D&L ELITE INVESTMENTS, LLC, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-04516-SC   (JST)<br><br>**ORDER RE: EX PARTE APPLICATION RELEASING THE ASSET RESTRAINING ORDER**<br><br>Re: ECF No. 200 |

　　　　The Court has received Plaintiffs' Ex Parte Application for an Order Releasing the Asset Restraining Order Re: Defendant Accounts at Bank of America.  ECF No. 200.  Any parties objecting to issuance of the requested relief must file an objection thereto within seven days of the date of this order.  If such an objection is filed, the Court will take the matter under submission.  If no objection is filed, the Court will grant the requested relief.

　　　　IT IS SO ORDERED.

Dated:  November 13, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　United States District Judge