UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>D&L ELITE INVESTMENTS, LLC, et al.,<br><br>Defendants. | Case No. 12-cv-04516-SC  (JST)<br><br>**ORDER TO FILE RESPONSE RE: OBJECTIONS TO PLAINTIFFS' EX PARTE APPLICATION**<br><br>Re: ECF No. 203 |

Pursuant to this Court's November 16, 2015 order, Interested Party Yanjuan Luo has filed objections in this Court, ECF No. 203, to Plaintiffs' Ex Parte Application Releasing the Asset Restraining Order, ECF No. 200. Yanjuan Luo objects to the release of the restraining order on her assets on the grounds that she is divorced and separated from her ex-spouse, Defendant Billy Deng, knows nothing about his business activities, and that releasing her assets would cause her hardship. ECF No. 203 at 2. The Court notes that she also previously filed a Declaration in Response to Plaintiff's Notice of Levy on June 17, 2015, ECF No. 195, and a Claim of Exemption on June 25, 2015, ECF No. 197. These filings also emphasize that Ms. Luo is separated from Mr. Deng and knows nothing about his business activities.

In their Ex Parte Application, Plaintiffs note that they placed a levy on Yanjuan Luo's bank account under California Code of Civil Procedure section 700.160(b)(2), and assert that she "is married to and the spouse of Judgment Debtor and Defendant Billy Deng." ECF No. 200 at 4. Plaintiffs do not mention Yanjuan Luo's Claim of Exemption or her declarations that she is not married to Billy Deng.

Plaintiffs are hereby ordered to file a response to Ms. Luo's objections, which should address her declaration that she is no longer married to Mr. Deng and explain why they believe the

Ex Parte Application and levy should be applied to Ms. Luo.  They should also identify the appropriate procedure for addressing Ms. Luo's claim of exemption under California state law, whether Ms. Luo and they have complied with such procedure, and the effect of any failure to comply by Plaintiffs or Ms. Luo.  The response shall be no longer than ten pages and must be filed within ten days of the issuance of this order.

    IT IS SO ORDERED.

Dated:  December 8, 2015



JON S. TIGAR
United States District Judge