UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY BLACK & DECKER, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>D&L ELITE INVESTMENTS, LLC, et al.,<br><br>    Defendants. | Case No.  12-cv-04516-SC   (JST)<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 200, 205 |

      This order concerns an Ex Parte Application filed by Plaintiffs requesting that the Court release an Asset Restraining Order on bank accounts connected to Defendants in order for them to collect the judgment obtained in this case. ECF No. 200. Pursuant to this Court's November 16, 2015 order, ECF No. 202, Interested Party Yanjuan Luo filed objections on grounds that she was the ex-spouse of Defendant Billy Deng and no longer had any connection with him. ECF No. 203. She requested that the funds in her account remain unaffected. On December 8, 2015, this Court ordered Plaintiffs to file a response. ECF No. 204.

      In their response, Plaintiffs state that they did not realize Ms. Luo was no longer married to Mr. Deng and do not know whether the funds in Ms. Luo's account are connected to him. ECF No. 205 at 3. Regardless, they suggest that the Court grant their Ex Parte Application releasing Defendants' bank accounts, upon which they will release the funds in Ms. Luo's account to her and then collect only from the other accounts. Id. Plaintiffs do not explain why they wish to withdraw the money rather than simply leave it in Ms. Luo's account for her to manage as she chooses, or why they should have the right to do so.

      Accordingly, all interested parties are ORDERED TO SHOW CAUSE why the Court should not grant the Ex Parte Application, with the modification that Plaintiffs will not attempt to collect any money from Ms. Luo's account in relation to their judgment in this case. Responses, if

1  any, must be filed within fourteen days of the issuance of this order. If no responses are received,
2  the Court will grant Plaintiffs' application as described above.
3      IT IS SO ORDERED.
4  Dated: December 29, 2015

                                        JON S. TIGAR
                                United States District Judge